**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ARCADIO JESUS GONZALEZ,

     Petitioner,

v.

                                  Civil Case No. 8:25-cv-2970-TPB-AAS
                                  Crim. Case No. 8:21-cr-68-TPB-AAS

UNITED STATES OF AMERICA,

     Respondent.

_____

### <u>ORDER</u>

Arcadio Jesus Gonzalez initiated this action under 28 U.S.C. § 2255 to vacate his conviction and 48-month sentence for conspiracy to distribute and possess with intent to distribute cocaine. (Civ. Doc. 1) Gonzalez claims that his former counsel was ineffective for failing to investigate his immigration status, advise him of the immigration consequences of his guilty plea, and assess his mental health and competency. (*Id*. at 4–6)

On November 6, 2025, the Court ordered the United States to respond to the motion and instructed Gonzalez to immediately notify this Court of any change of address, warning that failure to do so "may result in the dismissal of this action without further notice." (Civ. Doc. 4 at 2) The Court's order was mailed to Gonzalez at his last known place of incarceration at Allenwood Low Federal Correctional Institution, which is the address from which he mailed

his § 2255 motion.  The order, however, was returned as undeliverable and marked "unable to forward" and "address not known."  (Civ. Doc. 5 at 2)

The United States now notifies the Court that Gonzalez is no longer in the custody of the Bureau of Prisons and has been deported.  (Civ. Doc. 6)  On October 6, 2025, an Immigration Judge issued an order of removal for Gonzalez to El Salvador.  (Civ. Doc. 2 at 23; *See* Executive Office for Immigration Review Automated Case Information at acis.eoir.justice.gov/en/ (last accessed January 12, 2026))  On October 24, 2025, Gonzalez was released from BOP custody and taken into ICE custody.  *See* BOP Inmate Locator at https://www.bop.gov/inmateloc/ (last accessed January 12, 2026).  The United States represents that Gonzalez was subsequently deported to El Salvador on November 18, 2025.[1]  (Civ. Doc. 6 at 2)

Gonzalez has neglected to immediately notify the Court of his change of address.  The Court previously warned Gonzalez that failure to do so "may result in the dismissal of this action without further notice."  (Civ. Doc. 4 at 2)  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order.  The Clerk is directed to **TERMINATE** any pending motions, to **CLOSE** this civil action, and to file a copy of this order in the criminal action.

---

[1] The United States confirmed Gonzalez's location with the Bureau of Prisons and ICE Deportation Officer Mark Annotti.  (Civ. Doc. 6 at 2)

3

**ORDERED** in Tampa, Florida on January 12, 2026.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**